76 S.W.(2d) 133, and numerous other cases following the Offield Case, supra.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.

## Guy Irby NABOR, Jr., v. STATE.
### No. 17249.

Court of Criminal Appeals of Texas.
Jan. 23, 1935.

Fred Harris, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed being four years in the penitentiary.

Appellant files with this court his affidavit advising that he does not desire to prosecute the appeal further, and at his request the same is dismissed.

## Guy Irby NABOR, Jr., v. STATE.
### No. 17250.

Court of Criminal Appeals of Texas.
Jan. 23, 1935.

Fred Harris, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft; penalty assessed at confinement in the penitentiary for four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Lewis ROCKAMORE v. STATE.
### No. 17480.

Court of Criminal Appeals of Texas.
Feb. 6, 1935.

Syrian Marbut and Mel Janes, both of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of murder, and his punishment was assessed at confinement in the state penitentiary for a term of two years.

Affidavit in proper form has been filed by appellant, asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the Court.

## Sardys SHELLEY v. STATE.
### No. 17290.

Court of Criminal Appeals of Texas.
Feb. 6, 1935.

A. B. Geppert, of Teague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft of chickens; punishment, a fine of $25.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.